**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENNETH A. HENDREN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

    2:16-cv-00361-APG-PAL

    **ORDER**

    In this habeas corpus action, brought *pro se* by Nevada prisoner Kenneth A. Hendren, after two extensions of time, the first for 45 days, and the second for 46 days, the respondents were due to respond to Hendren's petition for writ of habeas corpus by September 19, 2016. *See* Order entered April 20, 2016 (ECF No. 5); Order entered June 20, 2016 (ECF No. 9); Order entered August 8, 2016 (ECF No. 11).

    On September 19, 2016, respondents filed a motion for extension of time (ECF No. 12), requesting a further 45-day extension of the time to respond to Hendren's habeas petition. Counsel for respondents states that the extension of time is necessary because of his obligations in other cases. The court finds that respondents' motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The court will grant respondents a third extension of time. *The court will not be inclined to further extend this deadline absent a showing of extraordinary circumstances.*

1   **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF
2   No. 12) is **GRANTED**.  Respondents shall have until and including **November 3, 2016**, to answer
3   or otherwise respond to the habeas corpus petition in this case.
4       **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
5   proceedings set forth in the order entered on April 20, 2016 (ECF No. 5) shall remain in effect.
6       Dated: September 20, 2016.

_____
UNITED STATES DISTRICT JUDGE