UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH A. HENDREN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

2:16-cv-00361-APG-PAL

**ORDER**

(ECF No. 20)

    In this habeas corpus action, on November 3, 2016 the respondents filed an answer (ECF No. 14) along with several exhibits (ECF Nos. 15, 16, 17). Petitioner Kenneth A. Hendren's reply to the answer is due by January 5, 2017. April 20, 2016 Order (ECF No. 5) (60 days for reply); Fed. R. Civ. P. 6(d) (adding three days following service).

    On November 22, 2016, Hendren moved for extension of time for his reply. ECF No. 20. It is unclear from Hendren's motion how much additional time he requests. Hendren's is made in good faith and not solely for the purpose of delay. In view of Hendren's litigation of this action *pro se*, there is good cause for the extension of time. I will grant Hendren an additional 60 days for his reply.

///

///

///

IT IS THEREFORE ORDERED that the petitioner's Motion for Extension of Time **(ECF No. 20) is GRANTED**.  Petitioner shall have until and including **March 6, 2017** to file a reply to respondents' answer.

Dated this 29th day of November, 2016.

                                              _____
                                              UNITED STATES DISTRICT JUDGE