1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8
9 KENNETH A. HENDREN,

10      Petitioner,                                 2:16-cv-00361-APG-PAL

11 vs.                                              **ORDER**

12 BRIAN E. WILLIAMS, *et al.*,

13      Respondents.

14 _____/

15

16      The order entered on November 9, 2016 (ECF No. 19), regarding respondents' filing of

17 exhibits and provision of a courtesy copy of their exhibits to the Court, will be vacated, and this

18 order entered in its place.

19      In this habeas corpus action, on November 3, 2016, the respondents filed an answer (ECF

20 No. 14), along with several exhibits (ECF Nos. 15, 16, 17). The respondents also filed a motion for

21 waiver of certain local rules (ECF No. 18).

22      In their motion, respondents first request a waiver, for purposes of this case, of Local Rule

23 IA 10-3(e), which requires, with respect to the filing of exhibits, that the cover sheet for each exhibit

24 must include a descriptor of the exhibit.  The court finds that, in this habeas corpus action, in light of

25 the number of exhibits respondents have filed, there is good cause to waive the requirement that the

26 cover sheet for each exhibit include a descriptor of the exhibit.  That portion of respondents' motion

1   will be granted.  For purposes of this habeas corpus action, the court waives the requirement in

2   Local Rule IA 10-3(e) that the cover sheet for each filed exhibit must include a descriptor of the

3   exhibit.

4        Additionally, respondents request a waiver of Local Rule IA 10-3(I), which concerns

5   exhibits to documents filed or submitted to the court in paper form.  Respondents' answer, and the

6   exhibits in support of it, have been filed in electronic form; therefore, it appears that this local rule

7   does not apply.  This part of respondents' motion is unnecessary and will be denied.

8        However, pursuant to LR IC 2-2(g), because respondents' exhibits exceed 50 pages,

9   respondents are to submit paper copies of those exhibits to the court; respondents should submit

10  those copies of their exhibits to the attention of the court's staff attorneys, at the office of the Clerk

11  of the Court, at the court's Reno location.

12       **IT IS THEREFORE ORDERED** that respondents' Motion for Waiver of Compliance with

13  LR IA 10-3 (ECF No. 18) is **GRANTED IN PART AND DENIED IN PART**, as described above.

14       **IT IS FURTHER ORDERED** that the order entered November 9, 2016 (ECF No. 19) is

15  **VACATED**.  The Clerk of the Court shall strike that order from the record.

16       Dated this 22nd day of December, 2016.

18  _____

        UNITED STATES DISTRICT JUDGE

2